FILED by KZ D.C.

Apr 20, 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-80072-CR-MARRA/VITUNAC

21 U.S.C. § 846

UNITED STATES OF AMERICA

vs.

JOEL LESTER,

        Defendant.
_____/

## INFORMATION

The United States Attorney charges that:

### COUNT 1

Beginning from at least as early as on or about April 1, 2011, the exact date being unknown to the United States Attorney, and continuing through on or about March 30, 2012, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**JOEL LESTER,**

did knowingly and intentionally combine, conspire, confederate and agree with others known and unknown to the United States Attorney, to possess with the intent to distribute a mixture and substance containing detectable amounts of 1-(5-Fluoropentyl)-3-(1-naphthoyl)indole (AM-2201) and 1-Pentyl1-3-(4-methyl-1-naphthoyl)indole (JWH-122), Schedule I controlled substance analogues as defined in Title 21, United States Code, Section 802(32), knowing that the mixture and substance was intended for human consumption as provided in Title 21, United States

Code, Section 813, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); all in violation of Title 21, United States Code, Section 846.

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
STEPHANIE D. EVANS
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

JOEL LESTER,

        **Defendant.**
_____/

CASE NO. 12-80072-CR-MARRA/VITUNAC

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division**: (Select One)

___ Miami    ___ Key West
___ FTL    _x_ WPB    ___ FTP

New Defendant(s)    Yes ___   No ___
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)   _NO_
   List language and/or dialect ___

4. This case will take _5_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   I    0 to 5 days    _X_
   II    6 to 10 days    ___
   III    11 to 20 days    ___
   IV    21 to 60 days    ___
   V    61 days and over    ___

   (Check only one)

   Petty ___
   Minor ___
   Misdem. ___
   Felony _X_

6. Has this case been previously filed in this District Court? (Yes or No) _NO_
   If yes:
   Judge: _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) _YES_
   If yes:
   Magistrate Case No. 12-8122-AEV
   Related Miscellaneous numbers: 12-8120-AEV and 12-8121-AEV
   Defendant(s) in federal custody as of 03/30/2012
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) _NO_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ___ Yes _X_ No

 

_____
STEPHANIE D. EVANS
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 255180

*Penalty Sheet(s) attached        REV 4/8/08

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: Joel Lester

Case No.: 12-80072-CR-MARRA/VITUNAC

Count #: 1

Conspiracy to Possess with the Intent to Distribute a Scheduled I Controlled Substance Analogue.

21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and 846

**\* Max.Penalty**: 20 Years Imprisonment; 3 Years Minimum/Life Maximum Term of Supervised Release; $1 Million Fine.