UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO: 12-80072-CR

  Plaintiff
vs.

Joel Lester /

### SENTENCING MINUTES

DATE: 8/24/12   Court Reporter: Stephen Franklin
AUSA Stephanie Evans   Defense Counsel: Michael Mirer
  Deputy Clerk: Irene Ferrante

### JUDGMENT AND SENTENCE

Imprisonment **time served** MONTHS as to COUNTS **one**
Court grants ore tenus 5K1.1 motion
forfeiture ordered consistent w/ plea agreement

Probation _____ YEARS as to COUNTS _____

Supervised Release **one** YEARS as to Counts _____

___ Association restriction  ___ Employment Requirement  ___ Permissible Search  ___ Deportation
___ Mental Health Treatment  ___ Substance abuse treatment  ___ Financial disclosure  ___ No debt
___ No self-employment  ___ Related concern restriction  ___ Sex offender conditions

Continue to cooperate consistent w/ plea agreement
travel is restricted to SD/FL
cooperate w/ Immigration and US app. for deferred action status

Assessment $ 100.00  Fine _____  Restitution: _____

___ Counts remaining dismissed on Government motion _____
✓ Defendant advised of his right to appeal.
✓ Remanded to U.S. Marshal
___ Voluntary Surrender on or before _____
Recommendation to the Bureau of Prisons _____

Time in court: :18